```
DONALD W. CARLSON  [Bar No. 79258]
JOYCE C. WANG  [Bar No.: 121139]
NANCY J. STROUT  [Bar No.: 121096]
CARLSON, CALLADINE & PETERSON LLP
353 Sacramento Street, 16th Floor
San Francisco, California 94111
Telephone:    (415) 391-3911
Facsimile:    (415) 391-3898

Attorneys for Defendant
RLI INSURANCE COMPANY
```

E-filing

ORIGINAL FILED
08 APR 29 PM 1:00
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

EMC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIMMICK CONSTRUCTION COMPANY, INC., a corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RLI INSURANCE COMPANY, a corporation, and DOES 1 through 100,<br><br>Defendants. | CASE NO.: CV 08 2214<br><br>NOTICE OF INTERESTED PARTIES<br><br>JURY TRIAL DEMANDED<br><br>Action Filed: March 24, 2008 |

The undersigned, counsel of record for Defendant RLI INSURANCE COMPANY certifies that other than the parties named herein, there are no other entities known to RLI INSURANCE COMPANY who may have an interest in the outcome of this litigation.

DATED: April 28, 2008

CARLSON, CALLADINE & PETERSON LLP

By _____/s/ Joyce C. Wang_____
JOYCE C. WANG
Attorneys for Defendant RLI INSURANCE COMPANY

151870v1

**PROOF OF SERVICE BY MAIL**
(Code of Civil Procedure §§ 1013a(3) & 2015.5)

I, the undersigned, declare that I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action; my business address is CARLSON, CALLADINE & PETERSON LLP, 353 Sacramento Street, 16th Floor, San Francisco, California 94111.

On April 29, 2008, I served the attached:

**NOTICE OF INTERESTED PARTIES**

on the person(s) named below in said cause, by placing a true copy thereof enclosed in an envelope with postage prepaid fully thereon. Said envelope(s) were thereafter deposited with the United States Postal Service at San Francisco, California, in accordance with this firm's business practice for collection and processing correspondence for mailing, with which I am personally and readily familiar. All correspondence is deposited with the United States Postal Service on the same day in the ordinary course of business. Said envelope(s) were addressed as follows:

George D. Yaron, Esq.
Henry Su, Esq.
Yaron & Associates
601 California Street, Floor 21
San Francisco, CA 94108-2826

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed at San Francisco, California, on April 29, 2008.

_/s/ Margie Jones_
Margie Jones

151865v1

**NOTICE OF INTERESTED PARTIES**

CASE NO.: _____