1  DONALD W. CARLSON [Bar No. 79258]
   JOYCE C. WANG [Bar No.: 121139]
2  NANCY J. STROUT [Bar No.: 121096]
   CARLSON, CALLADINE & PETERSON LLP
3  353 Sacramento Street, 16th Floor
   San Francisco, California 94111
4  Telephone:    (415) 391-3911
   Facsimile:    (415) 391-3898
5
   Attorneys for Defendant
6  RLI INSURANCE COMPANY

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 SHIMMICK CONSTRUCTION COMPANY,  )  CASE NO.: _____
   INC., a corporation,            )
12                                 )  **DEMAND FOR JURY TRIAL**
                Plaintiff,         )
13                                 )
        vs.                        )
14                                 )
   RLI INSURANCE COMPANY, a        )
15 corporation, and DOES 1 through 100, )
                                   )
16              Defendants.        )  Action Filed: March 24, 2008
                                   )
17

18

19     Defendant RLI INSURANCE COMPANY hereby demands trial by jury in this action.

20

21

22 DATED: April 28, 2008              CARLSON, CALLADINE & PETERSON LLP

23

24                                    By _____/s/ Wang_____
                                          JOYCE C. WANG
25                                        Attorneys for Defendant RLI INSURANCE
                                          COMPANY
26

27

28

151869v1

**DEMAND FOR JURY TRIAL**                                    CASE NO.: _____

*Stamped: ORIGINAL FILED 08 APR 29 PM 1:00 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

*E-filing*

*EMC*

*CV 08 2214*

**PROOF OF SERVICE BY MAIL**
(Code of Civil Procedure §§ 1013a(3) & 2015.5)

I, the undersigned, declare that I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action; my business address is CARLSON, CALLADINE & PETERSON LLP, 353 Sacramento Street, 16th Floor, San Francisco, California 94111.

On April 29, 2008, I served the attached:

**DEMAND FOR JURY TRIAL**

on the person(s) named below in said cause, by placing a true copy thereof enclosed in an envelope with postage prepaid fully thereon. Said envelope(s) were thereafter deposited with the United States Postal Service at San Francisco, California, in accordance with this firm's business practice for collection and processing correspondence for mailing, with which I am personally and readily familiar. All correspondence is deposited with the United States Postal Service on the same day in the ordinary course of business. Said envelope(s) were addressed as follows:

George D. Yaron, Esq.
Henry Su, Esq.
Yaron & Associates
601 California Street, Floor 21
San Francisco, CA 94108-2826

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed at San Francisco, California, on April 29, 2008.

*Margie Jones*
Margie Jones

151865v1

**DEMAND FOR JURY TRIAL**

CASE NO.: _____