UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHIMMICK CONSTRUCTION CO.,

    Plaintiff(s),

v.

RLI INSURANCE CO.

    Defendant(s).

No. C 08-02214 EMC

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 4/30/08

Signature _____

Counsel for Defendant RLI Insurance Co.
(Plaintiff, Defendant, or indicate "pro se")

**PROOF OF SERVICE BY MAIL**
(Code of Civil Procedure §§ 1013a(3) & 2015.5)

*Shimmick v. RLI Insurance Co.*, U.S.D.C., Northern District Court No. C 08-02214 EMC

I, the undersigned, declare that I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action; my business address is CARLSON, CALLADINE & PETERSON LLP, 353 Sacramento Street, 16th Floor, San Francisco, California 94111.

On May 5, 2008, I served the attached:

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND REQUEST FOR REASSIGNMENT TO A UNITED STATES
DISTRICT JUDGE

on the person(s) named below in said cause, by placing a true copy thereof enclosed in an envelope with postage prepaid fully thereon. Said envelope(s) were thereafter deposited with the United States Postal Service at San Francisco, California, in accordance with this firm's business practice for collection and processing correspondence for mailing, with which I am personally and readily familiar. All correspondence is deposited with the United States Postal Service on the same day in the ordinary course of business. Said envelope(s) were addressed as follows:

George D. Yaron, Esq.
Henry Su, Esq.
Yaron & Associates
601 California Street, Floor 21
San Francisco, CA 94108-2826
Facsimile: (415) 658-2930

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed at San Francisco, California, on May 5, 2008.

Margie Jones