GEORGE D. YARON (State Bar #96246)
HENRY M. SU (State Bar #171853)
KIMBERLY A. JENSEN (State Bar #253311)
**YARON & ASSOCIATES**
601 California Street, 21st Floor
San Francisco, California 94108
Telephone: (415) 658-2929
Facsimile: (415) 658-2930
Email: gyaron@yaronlaw.com

Attorneys for Plaintiff
SHIMMICK CONSTRUCTION COMPANY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIMMICK CONSTRUCTION COMPANY, INC., a corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>RLI INSURANCE COMPANY, a corporation, and DOES 1 through 100,<br><br>    Defendants. | CASE NO.:   CV 08 2214<br><br>**NOTICE OF INTERESTED PARTIES** |

The undersigned, counsel of record for Plaintiff Shimmick Construction Company, Inc., certifies that other than the parties named herein, there are no other entitles known to Shimmick Construction Company, Inc., who may have an interest in the outcome of this litigation.

DATED: May 5, 2008                    YARON & ASSOCIATES

                          By: _____
                              HENRY M. SU, ESQ.,
                              Yaron & Associates
                              Attorneys for Plaintiffs SHIMMICK
                              CONSTRUCTION COMPANY

---

NOTICE OF INTERESTED PARTIES

# PROOF OF SERVICE

I am over 18 years of age and not a party to the within action. I am employed in the County of San Francisco; my business address is Yaron & Associates, 601 California St., 21st Floor, San Francisco, California 94108-2826.

On **May 5, 2008**, I served the within:

**NOTICE OF INTERESTED PARTIES**

on all parties in this action as listed by ECF

☐ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses above and *(specify one):*

  ☐ (1) deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.
  ☐ (2) placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒ **VIA ELECTRONIC SERVICE:** I served a true copy, with all exhibits, electronically on designated recipients through PACER. Upon completion of electronic transmission of said document(s), a receipt is issued to serving party acknowledging receipt by PACER's system. Once PACER has served all designated recipients, proof of electronic service is returned to the filing party which will be maintained with the original document(s) in our office. This service complies with CCP §101.6.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **May 5, 2008**, at San Francisco, California.

MARISELA H. NAVRRO