GEORGE D. YARON (State Bar #96246)
HENRY M. SU (State Bar #171853)
**YARON & ASSOCIATES**
601 California Street, 21st Floor
San Francisco, California 94108
Telephone: (415) 658-2929
Facsimile: (415) 658-2930
Email: gyaron@yaronlaw.com

Attorneys for Plaintiff
SHIMMICK CONSTRUCTION COMPANY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIMMICK CONSTRUCTION COMPANY, INC., a corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RLI INSURANCE COMPANY, a corporation, and DOES 1 through 100,<br><br>　　　　Defendants. | CASE NO.: CV 08 2214<br><br>**DISMISSAL** |

　　　Plaintiff Shimmick Construction Company, Inc., by and through its attorneys of record, hereby voluntarily dismisses, with prejudice, the above-entitled action in its entirety against any and all Defendants.

DATED: May 8, 2009　　　　　　　　　　YARON & ASSOCIATES

　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　GEORGE D. YARON, ESQ.
　　　　　　　　　　　　　　　　　　　　Yaron & Associates
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs SHIMMICK
　　　　　　　　　　　　　　　　　　　　CONSTRUCTION COMPANY

**DISMISSAL**

G:\2987\Pleadings\dismissal.wpd

**ORDER**

IT IS HEREBY ORDERED that the action entitled *Shimmick Construction Company v. RLI Insurance Company et al.*, case number CV 08 2214, is hereby dismissed with prejudice in its entirety and against all Defendants pursuant to the Plaintiff's Request for Dismissal.

DATED: 5/12/09

_____
The Honorable Saundra Brown Armstrong
United States District Court Judge